IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: INTERIOR MOLDED DOORS ANTITRUST LITIGATION | Lead Civil Action No. 3:18-cv-00718-JAG |

## ORDER

This matter comes before the Court on the joint response to the Court's December 10, 2020 Opinion and Order filed by the Direct Purchaser Plaintiffs ("DPPs") and the defendants, Jeld-Wen, Inc., and Masonite Corporation. (ECF No. 319.) The parties "request that the Court approve a brief extension for the Direct Purchaser Plaintiffs to submit a revised proposed order setting a date for the Final Approval Hearing, conditionally certifying the settlement class, approving the form of notice and the notice program, and approving the claims administrator and escrow agent." (*Id.*) Upon due consideration, the Court GRANTS the requested extension and gives the DPPs until January 29, 2021, to submit a revised proposed order setting a date for the Final Approval Hearing, conditionally certifying the settlement class, approving the form of notice and the notice program, and approving the claims administrator and escrow agent.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 22 December 2020
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge