**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **IN RE: INTERIOR MOLDED DOORS ANTITRUST LITIGATION** | Lead Civil Action No. 3:18-cv-00718-JAG |

**DIRECT PURCHASER PLAINTIFFS'
MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES
AND FOR CLASS REPRESENTATIVE SERVICE AWARDS**

Direct Purchaser Plaintiffs Grubb Lumber Co., Inc. and Philadelphia Reserve Supply Company ("Plaintiffs") respectfully move the Court for an Order: (i) awarding Direct Purchaser Plaintiffs' Counsel ("Class Counsel") one-third of the Settlement Fund plus interest as attorneys' fees; (ii) reimbursing Class Counsel's $3,580,001.25 in litigation costs and expenses; (iii) awarding each Class Representative a service award of $75,000 for its contributions to the litigation, to be paid from the Settlement Fund. In support of this Motion, Plaintiffs rely upon the following submitted herewith in support of this motion: (i) the Memorandum of Law in Support of Direct Purchaser Plaintiffs' Motion for an Award of Attorneys' Fees and Expenses and for Class Representative Service Awards; (ii) the Declaration of Michael J. Boni and Exhibits thereto; and (iii) the [Proposed] Order.

Dated: April 5, 2021

/s/ *Wyatt B. Durrette, Jr.*
Wyatt B. Durrette, Jr. (VSB No. 04719)
Christine A. Williams (VSB No. 47074)
Kevin J. Funk (VSB No. 65465)
DURRETTE, ARKEMA, GERSON & GILL PC
Bank of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
Tel: 804-775-6900
Fax: 804-775-6911
Email: wdurrette@dagglaw.com
cwilliams@dagglaw.com
kfunk@dagglaw.com

*Interim Liaison Counsel for Plaintiffs and the Proposed Class*

| | |
|---|---|
| Michael J. Boni (*pro hac vice*) | Jeffrey J. Corrigan (*pro hac vice*) |
| Joshua D. Snyder (*pro hac vice*) | Jeffrey L. Spector (*pro hac vice*) |
| John E. Sindoni (*pro hac vice*) | Icee N. Etheridge (*pro hac vice*) |
| BONI, ZACK & SNYDER LLC | SPECTOR ROSEMAN & KODROFF PC |
| 15 St. Asaphs Road | 2001 Market Street |
| Bala Cynwyd, PA 19004 | Suite 3420 |
| Tel: 610-822-0200 | Philadelphia, PA 19103 |
| Fax: 610-822-0206 | Tel: 215-496-0300 |
| Email: mboni@bonizack.com | Fax: 215-496-6611 |
|     jsnyder@bonizack.com | Email: jcorrigan@srkattorneys.com |
|     jsindoni@bonizack.com |     jspector@srkattorneys.com |
| |     ietheridge@srkattorneys.com |

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically e-mail notification of such filing to all counsel of record.

To the best of my knowledge, there are no other attorneys or parties who require service by U.S. Mail.

                                                  */s/ Wyatt B. Durrette, Jr.*
Wyatt B. Durrette, Jr. (VSB No. 04719)
DURRETTE, ARKEMA, GERSON & GILL PC
Bank of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
Tel: 804-775-6900
Fax: 804-775-6911
Email: wdurrette@dagglaw.com

*Interim Liaison Counsel for Plaintiffs and the Proposed Class*