## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| IN RE: INTERIOR MOLDED DOORS ANTITRUST LITIGATION | Lead Civil Action No. 3:18-cv-00718-JAG |

**ORDER**
## ON JOINT MOTION TO RESCHEDULE FINAL APPROVAL HEARING

Having considered the Defendants' and Direct Purchaser Plaintiffs' Joint Motion to reschedule the Final Approval Hearing presently set for June 1, 2021, the Court **GRANTS** the motion. The in-person Final Approval Hearing previously set for June 1, 2021 (ECF Nos. 348, 365) will now take place on June 2, 2021 at 1:30 p.m. in Courtroom 6000.

**IT IS SO ORDERED.**

Date: 11 May, 2021

/s/
John A. Gibney, Jr.
HON. JOHN A. GIBNEY JR.
United States District Judge